IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY OLIVIERI, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-6734 |
| | : | |
| MONTGOMERY COUNTY | : | |

**ORDER**

AND NOW, this 14th day of August, 2026, the Court having granted in part and denied in part Defendant's motion to dismiss the complaint in this case and granted Plaintiff until September 11, 2026 to file an amended complaint, it is ORDERED Defendant shall file a responsive pleading within 14 days after service of any amended complaint or, if no amended complaint is filed, by September 25, 2026.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.